BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: Jack.Schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:20-cr-00009-TMB-MMS |
| Plaintiff, | COUNT 1: |
| | MISREPRESENTATION OF INDIAN |
| v. | PRODUCED GOODS AND |
| | PRODUCTS |
| BURAK BULGAN, | Vio. of 18 U.S.C. § 1159(a), |
| d.b.a. "ALASKA STONE AND | (b)(1)(A)(i) |
| MOSAIC FINE ART," | |
| Defendant. | |

I N F O R M A T I O N

The United States Attorney charges:

COUNT 1

Beginning at an unknown time and ending no later than on or about

September 9, 2019, within the District of Alaska, the defendant, BURAK

BULGAN, d.b.a. "ALASKA STONE AND MOSAIC FINE ART," did

knowingly offer and display for sale stone carvings and sold five stone carvings, without a Government trademark, in a manner that falsely suggested that the goods were Indian produced, an Indian product, and the product of a particular Indian or Indian tribe or Indian arts and crafts organization, resident within the United States, to wit: made by an Alaskan Native artist when in truth and fact the goods were carved by individuals in the Philippines who are not a members of an Indian tribe or certified as an artisan by an Indian tribe.

All of which is in violation of 18 U.S.C. §1159(a), (b)(1)(A)(i).

RESPECTFULLY submitted on this 18th day of December 2020, at Juneau, Alaska.

BRYAN SCHRODER
United States Attorney

*s/ Jack S. Schmidt*
JACK S. SCHMIDT
Assistant United States Attorney
United States of America